138

Damon DODD, Sr., Plaintiff–Appellant,

v.

Bobby SHEARIN, Warden; Damon Thomas; Mr. White, Defendants–Appellees.

No. 13–6391.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 29, 2013.

Decided: Sept. 3, 2013.

Damon Dodd, Sr., Appellant pro se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damon Dodd, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dodd v. Shearin,* No. 1:12–cv–00126–GLR, 2013 WL 772957 (D.Md. Feb. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*